**Ricky TERREBONE,
Petitioner-Appellant,**

v.

**Robert H. BUTLER, Sr., Warden,
Louisiana State Penitentiary,
Respondent-Appellee.**

No. 86–3403.

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 1987.

Michael Vitiello, New Orleans, La. (Court-appointed), for petitioner-appellant.

John J. Molaison, Jr., Elizabeth M. Gaudin, Dorothy A. Pendergast, Asst. Dist.

Attys., Research & Appeals, Gretna, La., for respondent-appellee.

### ON SUGGESTION FOR REHEARING EN BANC

Before CLARK, Chief Judge, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, HILL, and JONES, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.